1 | CLIFFORD D. SETHNESS, State Bar No. 212975
MORGAN, LEWIS & BOCKIUS LLP
2 | 300 South Grand Avenue
Twenty-Second Floor
3 | Los Angeles, CA 90071-3132
Tel. 213.612.2500
4 | Fax: 213.612.2501

**FILED**
08 JUL 11 PM 3: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5 | L. JULIUS M. TURMAN, State Bar No. 226126
BARBARA I. ANTONUCCI, State Bar No. 209039
6 | MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
7 | San Francisco, CA 94105-1126
Tel: 415.442.1000
8 | Fax: 415.442.1001

**E-filing**

9 | Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MEJ**

**CV 08    3365**

RONNIE KAUFMAN,

    Plaintiff,

vs.

PACIFIC MARITIME ASSOCIATION,

    Defendant.

Case No.

**DEFENDANT PACIFIC MARITIME ASSOCIATION'S CERTIFICATE OF INTERESTED PARTIES**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF:**

Pursuant to Northern District of California Local Rule 3-16, the undersigned counsel of record for Defendant PACIFIC MARITIME ASSOCIATION certifies that the below listed parties may have a pecuniary interest in the outcome of this case.

1. Ronnie Kaufman (Plaintiff);

2. Pacific Maritime Association (Defendant);

3. International Longshore and Warehouse Union, Local 34; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

ORIGINAL

DEFENDANT PACIFIC MARITIME ASSOCIATION'S
CERTIFICATE OF INTERESTED PARTIES ()

1      4.    International Longshore and Warehouse Union, Local 10

Dated: July _11_, 2008            MORGAN, LEWIS & BOCKIUS LLP

By: _____
L. Julius M. Turman
Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

DB1/61967668.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

2

DEFENDANT PACIFIC MARITIME ASSOCIATION'S CERTIFICATE
OF INTERESTED PARTIES ()

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On July 11, 2008, I served the within document(s):

**DEFENDANT PACIFIC MARITIME ASSOCIATION'S CERTIFICATE OF INTERESTED PARTIES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☒ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Ronnie Kaufman
243 Stephen Street
Fairfield, CA 94533
Tel: 707.429.5901

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 11, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Antonia M. Lee

DB1/61967812.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO